■ In the Matter of LEWIS COUNTY DEPARTMENT OF SOCIAL SERVICES, on Behalf of TRACY L. DE LONG, Respondent, v FRANK L. GREENE, Appellant. [653 NYS2d 744] —Order unanimously reversed on the law without costs and matter remitted to Lewis County Family Court for further proceedings in accordance

with the following Memorandum: Family Court erred in holding respondent in willful violation of a child support order (*see,* Family Ct Act § 454) without providing him an opportunity to establish that he did not have the ability to pay the ordered support. To establish a willful violation of a support order, nonpayment as well as ability to pay must be shown (*see, Matter of Williams v Williams,* 91 AD2d 1044, 1045; *Matter of D'Angelo v D'Angelo,* 57 AD2d 1042). The failure to pay support, as ordered, constitutes prima facie evidence of a willful violation (Family Ct Act § 454 [3] [a]; *see, Matter of Miller v Miller,* 205 AD2d 692). A respondent must, however, be afforded the opportunity to rebut that evidence (*see, Matter of Aftuck v Aftuck,* 100 AD2d 672, 673; *Matter of Williams v Williams, supra*).

Petitioner established respondent's failure to pay the court-ordered child support. In response, respondent raised the issue of his ability to pay the ordered support. Thus, the court should have held a hearing on that issue (*see, Matter of Delaware County Dept. of Social Servs. [Manon] v Manon,* 119 AD2d 940; *Matter of Williams v Williams, supra*). Consequently, we reverse the order finding respondent in willful violation and incarcerating him for a period of six months, and remit the matter to Lewis County Family Court to determine whether respondent's nonpayment was willful (*see, Matter of Williams v Williams, supra*). (Appeal from Order of Lewis County Family Court, Merrell, J.—Support.) Present—Lawton, J. P., Fallon, Doerr, Balio and Boehm, JJ.